IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SEUNG YANG DBA YANG AUTO REPAIR | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 5:17-cv-876-OLG |
| NATIONWIDE PROPERTY AND | § | |
| CASUALTY INSURANCE COMPANY | § | |
| *Defendant* | § | |

## NOTICE OF SETTLEMENT

Plaintiff Seung Yang dba Yang Auto Repair and Defendant Nationwide Property and Casualty Insurance Company (collectively, the "Parties") hereby notify the Court that they have reached an agreement to resolve this matter and are working to finalize a written settlement agreement and final dismissal documents. The agreement calls for the filling of a joint stipulation of dismissal with prejudice upon execution of the settlement documents by the Parties, which will dispose of this case in its entirety.

To preserve judicial economy, the Parties respectfully request that any pending matters relating to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

*(Signatures on following page.)*

Respectfully submitted,

By:      _/s/ Marc K. Whyte_____
        MARC K. WHYTE, *Attorney-in-charge*
        State Bar No. 24056526; Federal Bar No. 783855

        **WHYTE PLLC**
        1045 Cheever Blvd., Suite 103
        San Antonio, Texas  78217
        Telephone:   (210) 562-2888
        Telecopier:   (210) 562-2873
        Email: mwhyte@whytepllc.com

        **ATTORNEY FOR PLAINTIFF**

By:      _/s/ Patrick M. Kemp_____
        Patrick M. Kemp
        State Bar No. 24043751
        Amber L. Fly
        State Bar No. 24101761

        **SEGAL MCCAMBRIDGE**
        **SINGER & MAHONEY**
        100 Congress Avenue, Suite 800
        Austin, Texas 78701
        Telephone:   (512) 476-7834
        Facsimile:   (512) 476-7832
        Email: pkemp@smsm.com
        Email: afly@smsm.com

        **ATTORNEYS FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure on May 2, 2018:

Patrick M. Kemp
Amber L. Fly
**SEGAL MCCAMBRIDGE**
**SINGER & MAHONEY**
100 Congress Avenue, Suite 800
Austin, Texas 78701
Telephone:     (512) 476-7834
Facsimile:     (512) 476-7832
Email: pkemp@smsm.com
Email: afly@smsm.com

*/s/ Marc K. Whyte*_____
MARC K. WHYTE,
*Attorney-in-charge*
State Bar No. 24056526
Federal Bar No. 783855