IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SEUNG YANG DBA YANG AUTO REPAIR § | |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 5:17-cv-876-OLG |
| NATIONWIDE PROPERTY AND § | |
| CASUALTY INSURANCE COMPANY § | |
| *Defendant.* § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Seung Yang dba Yang Auto Repair ("Plaintiff") and Nationwide Property and Casualty Insurance Company ("Defendant") hereby file this Agreed Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff filed suit against Defendant related to an insurance claim for property damage allegedly caused by a hailstorm which occurred on or about April 12, 2016.

2. Plaintiff and Defendant have since resolved their differences to their mutual satisfaction.

3. Plaintiff moves to dismiss the entire suit with prejudice. Defendant agrees to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This dismissal is with prejudice. The parties will bear their own costs of suit.

1

Respectfully submitted,


By: */s/ Marc K. Whyte*
    MARC K. WHYTE, *Attorney-in-charge*
    State Bar No. 24056526; Federal Bar No. 783855

    **WHYTE PLLC**
    1045 Cheever Blvd., Suite 103
    San Antonio, Texas 78217
    Telephone:    (210) 562-2888
    Telecopier:    (210) 562-2873
    Email: mwhyte@whytepllc.com

    **ATTORNEY FOR PLAINTIFF**


By: */s/ Patrick M. Kemp*
    Patrick M. Kemp
    State Bar No. 24043751
    Amber L. Fly
    State Bar No. 24101761

    **SEGAL MCCAMBRIDGE**
    **SINGER & MAHONEY**
    100 Congress Avenue, Suite 800
    Austin, Texas 78701
    Telephone:    (512) 476-7834
    Facsimile:    (512) 476-7832
    Email: pkemp@smsm.com
    Email: afly@smsm.com

    **ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure on June 19, 2018:

Patrick M. Kemp
Amber L. Fly
**SEGAL MCCAMBRIDGE SINGER & MAHONEY**
100 Congress Avenue, Suite 800
Austin, Texas 78701
Telephone:  (512) 476-7834
Facsimile:  (512) 476-7832
Email: pkemp@smsm.com
Email: afly@smsm.com

*/s/ Marc K. Whyte*
MARC K. WHYTE,
*Attorney-in-charge*
State Bar No. 24056526
Federal Bar No. 783855

3